Mark A. Ozzello (SBN 116595)
Tarek H. Zohdy (SBN 247775)
Cody R. Padgett (SBN 275553)
Trisha K. Monesi (SBN 303512)
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiff BLISS OAKLEY

LITTLER MENDELSON, P.C.
ROD M. FLIEGEL, Bar No. 168289
ALISON S. HIGHTOWER, Bar No. 112429
FRANCESCA M. LANPHER
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendants
FANEUIL, INC. and ALJ REGIONAL
HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLISS OAKLEY, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FANEUIL, INC., a Delaware corporation, and ALJ REGIONAL HOLDINGS, INC., a Delaware corporation,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-00362-TLN-CKD<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT AND RULE 26(f) CONFERENCE (L.R. 144(d))** |

ORDER GRANTING EXTENSION OF TIME     CASE NO. 2:19-cv-00362-TLN-CKD

PURSUANT TO THE STIPULATION OF COUNSEL FOR THE PARTIES, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1. The deadline for Defendants to respond to the Complaint is hereby extended by 14 days, from May 7, 2019 until May 21, 2019;

2. The deadline for the parties to confer as required by Federal Rule of Civil Procedure 26(f) is continued to from May 14 to May 29, 2019;

Dated: May 14, 2019

_____
Troy L. Nunley
United States District Judge

ORDER GRANTING EXTENSION OF TIME 2. CASE NO. 2:19-cv-00362-TLN-CKD